IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

JOHN STORME,                          )
                                      )
            Plaintiff,                )    TC-MD 150088D
                                      )
      v.                              )
                                      )
MARION COUNTY ASSESSOR,               )
                                      )
            Defendant.                )    **FINAL DECISION**

This Final Decision incorporates without change the court's Decision, entered May 1, 2015. The court did not receive a statement of costs and disbursements within 14 days after its Decision was entered. *See* TCR-MD 16 C(1).

This matter is before the court on Defendant's Answer filed April 20, 2015. Plaintiff filed his Complaint on March 17, 2015, requesting that the 2014-15 tax year real market value of his property (identified as account number R32814) be corrected to $310,000 and the maximum assessed value be corrected to $162,111. In its Answer, Defendant asked that "[t]he Plaintiffs request be granted and the county * * * correct the real market value to * * * $310,000. The Defendant also requests maximum assessed value be corrected to remove exception from the 2014-15 tax year and reduced to $162,110." (Answer at 1.) Because the parties are in agreement, the case is ready for decision. Now, therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that the real market value of Plaintiff's property, identified as account number R32814, is $310,000 and the maximum assessed value is $162,110 for the 2014-15 tax year.

Dated this ____ day of May 2015.

JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision, file a complaint in the Regular Division of the Oregon Tax Court, by __mailing__ to: 1163 State Street, Salem, OR 97301-2563; or by __hand delivery__ to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your complaint must be submitted within __60__ days after the date of the Final Decision or this Final Decision cannot be changed.  TCR-MD 19 B.*

*This document was filed and entered on May 18, 2015.*